**Derrick D. BOGER, Plaintiff-Appellant,**

**v.**

**Roy COOPER, Governor; W. David Guice, Commissioner of Prisons; George T. Solomon, Director of Prisons; Susan White, Superintendent, Alexander Correctional, Defendants-Appellees.**

No. 17-7127

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 1, 2018

Derrick D. Boger, Appellant Pro Se.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick D. Boger appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boger v. Cooper*, No. 5:17-cv-00141-FDW, 2017 WL 3496459 (W.D.N.C. Aug. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*